UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-80092-Singhal/Maynard

18 USC § 879(a)(1)
18 USC § 844(e)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARTHA JANE SCHOENFELD,

Defendant.

_____/

FILED BY____TM____D.C.

Jul 29, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

On or about June 6, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**MARTHA JANE SCHOENFELD,**

did knowingly and willfully make a true threat to kill, and to inflict bodily harm, upon a former President of the United States, in violation of Title 18, United States Code, Section 879(a)(1).

### COUNT 2

On or about June 6, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**MARTHA JANE SCHOENFELD,**

through the use of a telephone, did willfully make a threat to unlawfully damage and destroy a building, and other real or personal property, to wit, the Trump International Golf Club, in violation of Title 18, United States Code, Section 844(e).

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.: _____

v.

                                            **CERTIFICATE OF TRIAL ATTORNEY**

MARTHS JANE SCHOENFELD,

                                            **Superseding Case Information:**
_____ /           New Defendant(s) (Yes or No) _____
                                            Number of New Defendants _____
**Court Division** (select one)             Total number of counts _____
   ☐ Miami ☐ Key West ☐ FTP
   ☐ FTL ☒ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect: _____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                    (Check only one)
    I    ☒ 0 to 5 days          ☐ Petty
    II   ☐ 6 to 10 days            ☐ Minor
    III ☐ 11 to 20 days                ☒ Misdemeanor
    IV ☐ 21 to 60 days                 ☐ Felony
    V   ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Magistrate Case No. 24-mj-8297-BER
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the Southern District of Florida
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
    John McMillan
    Assistant United States Attorney
    Court ID No.    A5500228

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Martha Jane SCHOENFELD

**Case No**: _____

Count #: 1

Threatening a Former President of the United States

Title 18, United States Code, Section 879

* **Max. Term of Imprisonment:** 10 years' imprisonment;
* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**
* **Special Assessment: $100.00**

Count #: 2

Knowingly Making a Telephonic Bomb Threat

Title 18, United States Code, Section 844(e)

* **Max. Term of Imprisonment:** 10 years' imprisonment;
* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**
* **Special Assessment: $100.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| MARTHA JANE SCHOENFELD, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____, U.S. Magistrate Judge_____
*Judge's printed name and title*