UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80092-CR-SINGHAL/MAYNARD

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MARTHA JANE SCHOENFELD,

          Defendant.
_____/

## STIPULATED STATEMENT OF FACTS

**A.    Elements of Offense**

By her signature below, the defendant understands and acknowledges that were this matter to have proceeded to trial, the United States would have had to prove the following elements beyond a reasonable doubt as to Count 1 of the Indictment, which charges her Knowingly and Willfully Making a True Threat to Kill and to Inflict Bodily Harm upon a Former President of the United States, in violation of Title 18, United States Code, Section 879(a)(1):

    (1)    That the defendant said the words alleged to be a threat against a Former President of the United States;

    (2)    the Defendant understood and meant the words as a true threat; and

    (3)    the defendant knowingly and willfully said the words.

Under federal law in the Eleventh Circuit: The Government doesn't have to prove that the Defendant intended to carry out the threat. A "threat" is a statement expressing an intention to

kill or inflict bodily harm upon a former President of the United States.  A "true threat" is a serious threat – not idle talk, a careless remark, or something said jokingly – that is made under circumstances that would lead a reasonable person to believe that the Defendant intended to kill or inflict bodily harm upon a former President of the United States

(Elements Adapted from Eleventh Circuit Pattern Jury Instruction O29 ("Threats Against the President")).

### B. Statement of Facts

Had this matter proceeded to trial, the United States would prove the following facts beyond a reasonable doubt, through admissible testimony and evidence, which the defendant agrees, by her signature below, are true and correct facts, and satisfy all the necessary elements of the offense of conviction referenced above and in paragraph 1 of the Plea Agreement:

1. Donald J. Trump served as the 45th President of the United States, and at all times material hereto was a Former President of the United States (FPOTUS).

2. At or around 11:15 a.m., on June 6, 2024, a cellular phone number (631-871-0513) subscribed to Martha Jane SCHOENFELD, the defendant in this case, called the Trump International Golf Club (TIGC) located in Palm Beach County, Southern District of Florida and left a voicemail which stated:

> Hi . . . I was, wanted to speak to someone, but I guess not.  But just to let you know, I just happened to stay there a couple days ago and there is a bomb I left on the site. So hopefully you will get everyone evacuated except for Trump. Bye.

3. After the voicemail was received and reviewed by TIGC staff, an immediate communication of the threat was relayed to the United States Secret Service (USSS).

4. Investigation conducted by the USSS determined that 631-871-0513, the

phone number of was, at all times material hereto, subscribed to by Martha Jane SCHOENFELD, whose listed address was in Boca Raton, Palm Beach County, Southern District of Florida.

5. On June 6, 2024, at approximately 1:45 p.m., Special Agent (SA) Brenden Clements of the USSS West Palm Beach Resident Office responded to the home of Martha Jane SCHOENFELD located at 250 NW 67th Street, Boca Raton, Palm Beach County, Southern District of Florida, to conduct a voluntary, non-custodial interview of defendant SCHOENFELD. Upon arrival, SA Clements conducted an interview inside the home. Portions of the interview were captured on a Boca Raton Police Department Detectives body worn camera, to include the defendant's confession below. SA Clements identified himself as a U.S. Secret Service Special Agent, and asked defendant SCHOENFELD if she knew anything about threats made to the TIGC, to which she initially responded in the negative. SA Clements asked defendant SCHOENFELD if she had her phone with her, which she then voluntarily produced. SA Clements then asked what SCHOENFELD's phone number was, to which SCHOENFELD responded 631-871-0513, which matched the number that called TIGC and made the bomb threat.

6. SA Clements then explained that her phone number matched the number that called and said there was a bomb at TIGC for FPOTUS Donald J. Trump. Once again, defendant SCHOENFELD denied knowing anything. SA Clements then told defendant SCHOENFELD that law enforcement would most likely conduct a phone call trace and try to locate where the call originated from. Defendant SCHOENFELD then admitted, on body camera footage provided by Boca Raton Police Department, that she had placed the bomb

threat call to TIGC. Law enforcement then departed the interview scene, and defendant SCHOENFELD's presence to consult with supervisory authorities.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY


SEEN, AGREED AND APPROVED:


_____
MARTHA JANE SCHOENFELD
DEFENDANT


_____
MARK D. McMANN, ESQ.
ATTORNEY FOR DEFENDANT


Dated: SEPTEMBER 4, 2024
At Fort Lauderdale, Florida

4